IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1555 (JR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |
| ABRAHIM OTHMAN ABRAHIM<br>EDRIES, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1725 (RWR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF MULTIPLE PETITIONS FILED BY
GUANTANAMO BAY DETAINEE**

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 036 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 036 has filed petitions as Ibrahim Osman Ibrahim Idris in Idris v. Bush, No. 05-CV-1555 (JR), and as Abrahim Othman Abrahim Edries in Edries v. Bush, No. 05-CV-1725 (RWR).

Dated: September 23, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel:  (202) 514-2000

Attorneys for Respondents

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2005, I caused a copy of the foregoing Notice of Multiple Petitions Filed by Guantanamo Bay Detainee to be served via U.S. Mail, First Class postage prepaid, on Guantanamo Bay Detainee ISN 036 at the following address:

      Camp Delta; Guantanamo Bay
      Washington, D.C. 20355

      /s/ Preeya M. Noronha
      PREEYA M. NORONHA
      United States Department of Justice
      Civil Division, Federal Programs Branch

      One of the Attorneys for Respondents