IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABRAHIM OTHMAN ABRAHIM EDRIES,** ) <br> ) <br> **BISHER AL-RAWI,** ) <br> ) <br> *Petitioners*, ) <br> ) <br> *v.* ) <br> ) <br> **GEORGE W. BUSH,** *et al.*, ) <br> ) <br> *Respondents*. ) | Civil Action No. 1:05CV01725 (RWR) |

**MOTION FOR THE IMMEDIATE
ISSUANCE OF A WRIT OF *HABEAS CORPUS* PURSUANT TO 28 U.S.C. § 2243
OR, ALTERNATIVELY, TO ISSUE AN ORDER TO SHOW CAUSE**

Petitioner Abrahim Othman Abrahim Edries ("Petitioner Edries"), together with his Next Friend Bisher Al-Rawi as co-Petitioner, by and through undersigned counsel, respectfully submit this motion requesting the Court, pursuant to 28 U.S.C. § 2243, to issue forthwith (1) a writ of *habeas corpus*, compelling Respondents to either (a) release Petitioner Edries or (b) to establish in this Court a lawful basis for Petitioner Edries' detention; or alternatively, (2) an order directing Respondents to show cause why a writ of *habeas corpus* should not be granted. The writ, or order to show cause, pursuant to 28 U.S.C. § 2243, shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed. The grounds for this motion are contained in the accompanying memorandum of law.

22011652v3

Dated:  September 23, 2005.

        Respectfully submitted,

        Counsel for Petitioner Edries:

        <u>/s/ John B. Missing</u>
        John B. Missing (Bar No. 425469)
        Jennifer C. Argabright (Bar No. 480763)
        DEBEVOISE & PLIMPTON LLP
        555 13th Street, N.W.
        Washington, D.C. 20004-1169
        Tel:  (202) 383 8000
        Fax:  (202) 383 8118

        Jeffrey I. Lang
        Jennifer R. Cowan
        Ellen A. Hochberg
        Tatia L. Miller
        Cameron L. Schroeder
        Hadassa Waxman
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, NY 10022
        Tel:  (212) 909-6000
        Fax:  (212) 909-6386

        *Of Counsel*
        Barbara Olshansky
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6439
        Fax: (212) 614-6499