IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABRAHIM OTHMAN ABRAHIM EDRIES, <br><br>BISHER AL-RAWI, <br><br>*Petitioners,* <br><br>v. <br><br>GEORGE W. BUSH, *et al.*, <br><br>*Respondents.* | Civil Action No. 1:05CV01725 (JR) |

PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROPER "NEXT FRIEND" STANDING OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RELATED APPEALS

This memorandum of law is respectfully submitted on behalf of Petitioners Abrahim Othman Abrahim Edries ("Petitioner Edries") and his Next Friend, Petitioner Bisher Al-Rawi in opposition to Respondents' Motion For Order To Show Cause Why Case Should Not Be Dismissed For Lack Of Proper "Next Friend" Standing Or, In The Alternative, To Stay Proceedings Pending Related Appeals ("Respondents' Order To Show Cause").

Respondents have moved for an order to show cause why Petitioners' Motion For The Immediate Issuance Of A Writ Of *Habeas Corpus* Pursuant To 28 U.S.C. § 2243 Or,

Alternatively, For An Order To Show Cause ("Petitioner's Motion") should not be dismissed for lack of standing or, alternatively, for a stay of proceedings. However, Respondents have not sought entry of their Order To Show Cause that would implement a briefing schedule on the Respondents' application. The Respondents' application for an order to show cause dismissing the Petitioner's Motion on the grounds of lack of standing should be denied for the reasons addressed in Petitioners' Memorandum In Response To Respondents' Motion For Order To Show Cause Why Case Should Not Be Dismissed For Lack Of Proper "Next Friend" Standing Or, In The Alternative, To Stay Proceedings Pending Related Appeals And In Further Support Of Petitioners' Motion For The Immediate Issuance Of A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2243 Or, Alternatively, For An Order To Show Cause ("Petitioners' Response Memorandum") filed with this court on October 17, 2005.

In order to avoid unduly burdening the Court with redundant memoranda of law on the same issues, Petitioners respectfully refer the Court to Petitioners' aforementioned Response Memorandum in opposition to Respondents' Order To Show Cause.

Dated:   October 17, 2005               Respectfully submitted,
                                        Counsel for Petitioners:

                                        /s/ John B. Missing
                                        John B. Missing (Bar No. 425469)
                                        Jennifer C. Argabright (Bar No. 480763)
                                        DEBEVOISE & PLIMPTON LLP
                                        555 13th Street, N.W.
                                        Washington, D.C. 20004-1169
                                        Tel:  (202) 383 8000
                                        Fax: (202) 383 8118

Jeffrey I. Lang
Jennifer R. Cowan
Ellen A. Hochberg
Tatia L. Miller
Hadassa Waxman
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6386

*Of Counsel*
Barbara Olshansky
Gitanjali Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I, John B. Missing, certify that I today caused a true and accurate copy of Petitioners Response to Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Preeya M. Noronha, Esq.
>U.S. Department of Justice
>20 Massachusetts Ave., NW,
>Room 7226
>Washington, DC 20530

This 17th day of October, 2005.

>_____/s/ John B. Missing_____
>John B. Missing