IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABRAHIM OTHMAN ABRAHIM EDRIES,<br><br>BISHER AL-RAWI,<br><br>*Petitioners,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br><br>*Respondents.* | Civil Action No. 1:05CV01725 (JR) |

# EXHIBIT 1

PETITIONERS' MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR THE IMMEDIATE ISSUANCE OF A WRIT OF *HABEAS CORPUS*, OR ALTERNATIVELY FOR AN ORDER TO SHOW CAUSE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost **GRANTED**

*Rosemary M Colly*
2 Aug 2005

IBRAHIM OSMAN IBRAHIM IDRIS
Camp Delta
Washington, D.C. 20355

    Petitioner

v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group - JTF-GTMO

Civil Action No.

CASE NUMBER  1:05CV01555

JUDGE: James Robertson

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 08/02/2005

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T03383

The District of Columbia district court
Washington, DC 20001

Ibrahim Osman Ibrahim Idris
detainee Delta camp
Guantanamo Bay Naval Base
Guantanamo Bay Cuba

Subject: objection for detention
Mr.: the respected civil judge in the American Court

**FILED**
AUG - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1555

First I hope you are in good health, I greet you peacefully. Furthermore, I Mr. Ibrahim Osman Ibrahim Idris from the Port Sudan city in Sudan, I am forty years old, I was a Koran teacher in Sudan, I went to Pakistan for the purpose of spreading the religion of Islam at the end of 2001 or at the beginning of 2002. The Pakistani police arrested me and I was handed over to the Americans then I was transferred to Cuba. At the present time I am in Guantanamo almost since January 2002, until today for more than three years the revision committee of the fighters CSRT has decided to consider me an enemy combatant, knowingly that I am human without any relationship either from far or close with what has happened in America or any relationship to Taliban or Al Quaida. After the committee decided that I am an enemy combatant and they will present me to the second committee to observe if I pose any danger to America or not, if the second committee decides that I do not pose any danger then I may be released, but if I do pose danger then I will remain detained in Guantanamo.

Sir, for this reason I ask your honor to look into my case, and I object to the committee's decision in considering me an enemy combatant, I also object for detaining me for three years in this prison far away from my brothers and sisters. As you know I am from a very poor family in Sudan and I want to leave this place to resume my normal life with my family. I also want to get married because I am still single and I want to help my family. I can't even appoint a lawyer because of my poor financial situation, not even call my family because of the communication difficulties in the area I live in.

Finally Mr. Judge, I hope you will look into my case and try to speed up the process.
Your highness, Accept the utmost respect and appreciation.

Signature of sender                                                     signature of addressee

02_12_05     GUAN-2005-T

إبراهيم عثمان إبراهيم إدريس
أسر كامب دلتا
قوانتانامو باي القاعدة البحرية
قوانتانامو باي — كوبا

محكمة مقاطعة كولومبيا
واشنطن 20001

05 1555

FILED
AUG - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

الموضوع : إعتراض عن الحجز

السيد : القاضي المدني في المحكمة الأمريكية     المحترم

أتمنى أولاً أن تكونوا بصحة جيدة وعافية وأحييكم تحية طيبة و بعد ؛
أنا السيد إبراهيم عثمان إبراهيم إدريس من مدينة بور السودان من دولة السودان
أبلغ من العمر أربعين سنة كنت مدرساً للقرآن الكريم في السودان وقد ذهبت إلى باكستان
من أجل الدعوة و التبليغ وفي سنة 2001 أواخره أو بداية 2002 تم القبض علي من طرف
الشرطة الباكستانية و سلمت إلى الأمريكان وتم نقلي إلى كوبا وأنا الآن في قوانتانامو
منذ يناير 2002 تقريباً وإلى يومنا الحالي أي أكثر من ثلاثة سنوات و قد قررت لجنة
مراجعة و جمع المقاتلين "CSRT" أني عدو مقاتلك مع العلم أني إنسان ليس لي أي علاقة
من قريب أو من بعيد بما حدث في أمريكا أو أني علاقة بالطالبان أو القاعدة وبعدما قررت
اللجنة أني عدو مقاتلك وسيتم تقديمي إلى اللجنة الثانية لتنظر هل أشكل خطراً على أمريكا
أم لا، فإن قررت هذه اللجنة الثانية أني لا أشكل خطر فيمكن أن يطلق سراحي وإن كنت أشكل
خطر فسوف اظل في جزء في قوانتانامو.
فلهذا سيدي أنا اطلب من سعادتكم النظر في قضيتي وأنا أعترض عن قرار اللجنة بأني مقاتلك عدو
كما أعترض عن حجزي ثلاث سنوات في هذا السجن بعيداً عن إخواني و أخواتي، مع العلم أن عائلتي
فقيرة جداً في السودان وأريد أن أخرج من هذا المكان للعودة إلى حياة الطبيعية مع عائلتي
و الزواج لأني أعزب و مساعدة كل عائلتي ، كذلك أني لا أستطيع حتى تعيين محامي وهذا
للحالة المادية الضعيفة ولا آن أتصل بعائلتي وهذا لصعوبة الإتصالات في المنطقة التي اسكن فيها
وفي الأخير سيدي القاضي اتمنى منكم أن تنظروا في قضيتي و تحاولوا أن تسرعوها
تقبلوا سعادتكم فائق التقدير و الإحترام.

توقيع المعني (للمسلم)
                                    توقيع المرسل