## CERTIFICATE OF SERVICE

I, John B. Missing, certify that I today caused a true and accurate copy of Petitioners Memorandum of Law in Further Support of Motion for the Immediate Issuance of a Writ of *Habeas Corpus,* or Alternatively for an Order to Show Cause to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Preeya M. Noronha, Esq.
> U.S. Department of Justice
> 20 Massachusetts Ave., NW,
> Room 7226
> Washington, DC 20530

This 17th day of October, 2005.

                                                     /s/ John B. Missing
                                                    John B. Missing