IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

IBRAHIM OSMAN IBRAHIM IDRIS,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba,

*Petitioner/Plaintiff,*

v.

GEORGE W. BUSH,
    President of the United States
    The White House
    1600 Pennsylvania Ave., N.W.
    Washington, D.C. 20500;

DONALD RUMSFELD,
    Secretary, United States
    Department of Defense
    1000 Defense Pentagon
    Washington, D.C. 20301-1000;

ARMY BRIG. GEN. JAY HOOD,
    Commander, Joint Task Force - GTMO
    JTF-GTMO
    APO AE 09360; and

ARMY COL. MIKE BUMGARNER,
    Commander, Joint Detention
        Operations Group - JTF-GTMO,
    JTF-GTMO
    APO AE 09360,

*Respondents/Defendants.*

---

AMENDED MOTION FOR APPOINTMENT AS COUNSEL

No. 05-CV-1555 (JR)

# EXHIBIT 3

22061236v3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM OSMAN IBRAHIM IDRIS,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1555 (JR) |
| ABRAHIM OTHMAN ABRAHIM<br>    EDRIES, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1725 (RWR) |

### NOTICE OF MULTIPLE PETITIONS FILED BY GUANTANAMO BAY DETAINEE

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 036 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 036 has filed petitions as Ibrahim Osman Ibrahim Idris in Idris v. Bush, No. 05-CV-1555 (JR), and as Abrahim Othman Abrahim Edries in Edries v. Bush, No. 05-CV-1725 (RWR).

Dated: September 23, 2005          Respectfully submitted,

                                   PETER D. KEISLER
                                   Assistant Attorney General

                                   KENNETH L. WAINSTEIN
                                   United States Attorney

                                   DOUGLAS N. LETTER
                                   Terrorism Litigation Counsel

                                     /s/ Preeya M. Noronha
                                   JOSEPH H. HUNT (D.C. Bar No. 431134)
                                   VINCENT M. GARVEY (D.C. Bar No. 127191)
                                   TERRY M. HENRY
                                   JAMES J. SCHWARTZ
                                   PREEYA M. NORONHA
                                   ROBERT J. KATERBERG
                                   NICHOLAS J. PATTERSON
                                   ANDREW I. WARDEN
                                   EDWARD H. WHITE
                                   Attorneys
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   P.O. Box 883
                                   Washington, D.C. 20044
                                   Tel: (202) 514-2000

                                   Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2005, I caused a copy of the foregoing Notice of Multiple Petitions Filed by Guantanamo Bay Detainee to be served via U.S. Mail, First Class postage prepaid, on Guantanamo Bay Detainee ISN 036 at the following address:

> Camp Delta; Guantanamo Bay
> Washington, D.C. 20355

/s/ Preeya M. Noronha
PREEYA M. NORONHA
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents