IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1048 (RMU) |
| ALI SHAH MOUSOVI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1124 (RMC) |
| OMAR MOHAMMED KHALIFH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1189 (JR) |

| | | |
|---|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1220 (RMU) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| LABED AHMED, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1234 (EGS) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| ABDUL BAQI, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1235 (PLF) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

| | | |
|---|---|---|
| AMINULLAH, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1237 (ESH) |
| | ) | |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |
| | ) | |
| HAJI GHALIB, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1238 (CKK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |
| | ) | |
| ALI ADEL MOTALEB AWEID | ) | |
|     AL KHAIY, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1239 (RJL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |

| | | |
|---|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1241 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| AHSANULLAH PIRZAI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1242 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| IHSAN ULLAH PEERZAI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1243 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | | |
|---|---|---|
| TARIQ MAHMOUD ALSAWAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1244 (CKK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | | |
| ABDUL MAJID MOHAMMADI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1246 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | | |
| ABDULRAHIM ABDUL RAZAK AL GINCO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1310 (RJL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | |
|---|---|
| EHSAN ULLAH, )<br>　　　　Petitioner, )<br>　　v. )<br>GEORGE W. BUSH, )<br>　President of the United States, )<br>　*et al.*, )<br>　　　　Respondents. ) | Civil Action No. 05-CV-1311 (RCL) |
| GHALEB NASSAR AL BIHANI, )<br>　　　　Petitioner, )<br>　　v. )<br>GEORGE W. BUSH, )<br>　President of the United States, )<br>　*et al.*, )<br>　　　　Respondents. ) | Civil Action No. 05-CV-1312 (RJL) |
| FARHI SAEED BIN MOHAMMED, *et al.*, )<br>　　　　Petitioners, )<br>　　v. )<br>GEORGE W. BUSH, )<br>　President of the United States, )<br>　*et al.*, )<br>　　　　Respondents. ) | Civil Action No. 05-CV-1347 (GK) |

- 6 -

|  |  |  |
|---|---|---|
| MOTAI SAIB, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1353 (RMC) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| SAEED MOHAMMED SALEH<br>HATIM, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1429 (RMU) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| NASSER MAZYAD ABDULLAH<br>AL-SUBAIY, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1453 (RMU) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |  |
|---|---|---|
| JIHAD DHIAB, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1457 (GK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| JAWAD JABBER SADKHAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1487 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| FAIZULLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1489 (RMU) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |
|---|---|
| ABDUL HADI OMER HAMOUD FARAJ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.,* )<br>)<br>Respondents. )<br>_____ ) | Civil Action No. 05-CV-1490 (PLF) |
| SAWAT KHAN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.,* )<br>)<br>Respondents. )<br>_____ ) | Civil Action No. 05-CV-1491 (JR) |
| ABDUL AHMAD, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.,* )<br>)<br>Respondents. )<br>_____ ) | Civil Action No. 05-CV-1492 (RCL) |

| | | |
|---|---|---|
| MOHAMMED AMON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1493 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| JAMAL KIYEMBA, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1509 (RMU) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| IBRAHIM OSMAN IBRAHIM IDRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action Nos.   05-CV-1555 (JR) |
| | ) |                                       05-CV-1725 (JR) |
| GEORGE W. BUSH, | ) | (consolidated) |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ATTORNEY APPEARANCE**

      Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

| | |
|---|---|
| Dated:  November 23, 2005 | Respectfully submitted, |
| | |
| | PETER D. KEISLER |
| | Assistant Attorney General |
| | |
| | KENNETH L. WAINSTEIN |
| | United States Attorney |
| | |
| | DOUGLAS N. LETTER |
| | Terrorism Litigation Counsel |
| | |
| |   /s/ Terry M. Henry               |
| | JOSEPH H. HUNT (D.C. Bar No. 431134) |
| | VINCENT M. GARVEY (D.C. Bar No. 127191) |
| | TERRY M. HENRY |
| | JAMES J. SCHWARTZ |
| | PREEYA M. NORONHA |
| | ROBERT J. KATERBERG |
| | NICHOLAS J. PATTERSON |
| | ANDREW I. WARDEN |
| | EDWARD H. WHITE |
| | Attorneys |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W.  Room 7144 |
| | Washington, DC  20530 |
| | Tel:  (202) 514-4107 |
| | Fax:  (202) 616-8470 |
| | |
| | Attorneys for Respondents |